**Order filed June 26, 2014**



In The

# Fourteenth Court of Appeals

### NO.  14-14-00071-CV
_____

### IN THE INTEREST OF A.T., A MINOR CHILD, Appellant

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-38393**

### O R D E R

The clerk's record was filed January 31,  2014 . Our review has determined that a relevant item has been omitted from the clerk's record.  *See* Tex. R. App. P. 34.5(c).  The record does not contain Amended Petition to Intervene" filed by Troy J. Wilson and Georgette George-Wilson on July 15, 2013.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before July 1, 2014, containing Amended Petition to Intervene" filed by  Troy J. Wilson and Georgette George-Wilson on July 15, 2013.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM